AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MARK JAMES GERMANSON<br>*Plaintiff*<br>v.<br>MIDLAND MORTGAGE<br>*Defendant* | ) ) ) ) ) Civil Action No. 5:22cv275-JKP |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Because Germanson's allegations contained in the Petition fail to state a plausible claim, the Court GRANTS the Motion to Dismiss, DISMISSES this action with prejudice, and DENIES the request for injunctive relief.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 04/19/2022

CLERK OF COURT   JEANNETTE J. CLACK

*(signature)*
*Signature of Clerk or Deputy Clerk*